Drew Lewis (SBN 309288)
drew@drewlewis.law
Spencer S. Turpen (SBN 296483)
sturpen@drewlewis.law
**DREW LEWIS, PC**
3010 Lava Ridge Ct. Ste. 120
Roseville, CA 95661
Tel: (833) 600-7400

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL ENGELLEITER, an individual, | Case No.: 2:26-cv-00255-WBS-SCR |
| Plaintiff(s), | **JOINT STIPULATION TO REMAND ACTION TO STATE COURT; ORDER** |
| v. | |
| DOLLAR TREE STORES, INC., a Virginia Corporation, DOES 1-20, inclusive, | |
| Defendant(s). | |

Plaintiff KARL ENGELLEITER ("Plaintiff") and Defendant DOLLAR TREE STORES, INC. ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, on or about December 19, 2025, Plaintiff filed this action in the Sacramento County Superior Court, Case No. 25CV030876;

**WHEREAS**, Defendant was served with the Summons and Complaint on or about December 30, 2025;

**WHEREAS**, pursuant to 28 U.S.C. § 1446(b)(1), a notice of removal must be filed within thirty (30) days after service of the initial pleading;

1

**WHEREAS**, Defendant filed the Notice of Removal on or about January 30, 2026, more than thirty days after service of the Complaint;

**WHEREAS**, on or about January 30, 2026, Plaintiff met and conferred and requested Defendant stipulate to remand this action to state court pursuant to 28 U.S.C. § 1447(c) on the grounds the Notice of Removal was not timely filed within the 30-day time period; and

**WHEREAS**, the Parties have met and conferred and agree that this action should be remanded to the Sacramento County Superior Court;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties, through their respective counsel of record, as follows:

Pursuant to 28 U.S.C. § 1447(c), this action shall be remanded to the Sacramento County Superior Court, Case No. 25CV030876.

**IT IS SO STIPULATED.**

DATED:   February 5, 2026          **DREW LEWIS, PC**

By: /s/ Drew Lewis
Drew Lewis
Spencer S. Turpen
Attorneys for Plaintiff

DATED:   February 5, 2026          **LITTLER MENDELSON, P.C.**
**ARENTFOX SCHIFF LLP**

By: /s/ Karen A. Lopez Pena (as authorized on 2/05/26)
Laura E. Devane
Morgan Forsey
Amanda Peterson
Karen A. Lopez Pena
Attorneys for Defendant

2

## ORDER

Pursuant to the Parties' Joint Stipulation to Remand and good cause appearing, **IT IS HEREBY ORDERED** that:

This action is **REMANDED** to the Sacramento County Superior Court, Case No. 25CV030876, pursuant to 28 U.S.C. § 1447(c).

The Clerk of Court is directed to transmit a certified copy of this Order to the Clerk of the Sacramento County Superior Court and to close this case.

**IT IS SO ORDERED.**

Dated: February 19, 2026

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3

JOINT STIPULATION TO REMAND ACTION TO
STATE COURT; ORDER

Case No.: 2:26-cv-00255-WBS-SCR